**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
United States Attorney

*401 Market St., 4th Floor*
*Camden, N.J. 08101*
*Andrew.Segedin@usdoj.gov*

main: *(856) 757-5026*
direct: *(862) 410-6589*

*Andrew Segedin*
*Assistant United States Attorney*

September 30, 2026

**BY ECF**
Honorable Claire C. Cecchi, U.S.D.J.
United States District Court
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut St.
Newark, N.J. 07102

**Re: *Herrera Caceres v. Soto, et al.*, No. 26-cv-12625(CCC)**
**Petitioner's Bond Hearing**

Dear Judge Cecchi:

This Office represents Respondents in this habeas matter. On September 24, 2026, ICE issued a Form I-286, Notice of Custody Determination, detaining Petitioner pending removal proceedings. Ex. A (I-286). We respectfully write, pursuant to the Court's September 24, 2026 Order, ECF No. 2, to confirm that Petitioner received a bond hearing on September 28, 2026. At that hearing, an Immigration Judge granted Petitioner's request for release under bond of $9,000. Ex. B (Bond Order). ICE has advised our Office that Petitioner has since posted bond and is scheduled for release today.

Accordingly, Petitioner has received all process due under 8 U.S.C. § 1226(a). We therefore respectfully ask the Court to close this case and lift all temporary restraints.

We thank the Court for its attention to this matter.

**SO ORDERED**

*/s/ Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date: October 2, 2026

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Andrew Segedin*
ANDREW SEGEDIN
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of Record (by ECF)